**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**Case No. 3:25-CV-00672-JHM-LLK**

**LAZARO POZO-ILLAS,**                                                      PETITIONER

**v.**

**SHAWN MCKENZIE,**                                                          RESPONDENT

**ORDER**

The above matter having been referred to the United States Magistrate Judge, who has filed his Findings of Fact and Recommendations, and no objections having been filed thereto:

**IT IS HEREBY ORDERED** that the Court adopts the Findings of Fact and Recommendations as set forth in the report submitted by the United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254, [DN 1], is **DENIED** and **DISMISSED**.

**IT IS FURTHER ORDERED** that all remaining pending motions are **DENIED. IT IS FURTHER ORDERED** that a Certificate of Appealability is **DENIED**.

Joseph H. McKinley Jr., Senior Judge
United States District Court

August 13, 2026

cc:    Counsel
       Lazaro Pozo-Illas, *pro se*

1